Decided January 20, 2005

### SAMUEL J. FANTASIA *v.* MILFORD FASTENING SYSTEMS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 86 Conn. App. 270 (AC 24735), is denied.

*Robert J. Enright,* in support of the petition.

*Brenden P. Leydon,* in opposition.

Decided January 20, 2005